OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4920

www.ca3.uscourts.gov

August 20, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
240 West Third Street
Suite 218
Williamsport, PA 17701

RE: Docket No. 03-3912
    Angstadt vs. Midd-West Sch Dist
    D.C. No. 02-cv-02170

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Susan M. Acerba
    Case Manager

Enclosure

cc:
   Jeffrey C. Dohrmann, Esq.
   Michael I. Levin, Esq.
   Paul N. Lalley, Esq.